```
                          United States Bankruptcy Court
                            Middle District of Florida
In re:                                                                 Case No. 19-05774-KSJ
Thomas Danetti, Jr.                                                    Chapter 7
Tanya Lynn Danetti
        Debtors
                                CERTIFICATE OF NOTICE
District/off: 113A-6          User: hjeff                  Page 1 of 2           Date Rcvd: Sep 03, 2019
                              Form ID: 309B                Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2019.
db/jdb         +Thomas Danetti, Jr.,    Tanya Lynn Danetti,    1201 Celebration Ave,    Unit #102,
                 Celebration, FL 34747-4464
28475129        Advent Health Med Grp,    Central FL,    Attn:  #17805K,    P.O. Box 14000,
                 Belfast, ME 04915-4033
28475130        Advent Health Sports Med,    P.O. Box 865516,    Orlando, FL 32886-5516
28475131        AdventHealth Orlando,    P.O. 865516,    Orlando, FL 32886-5516
28475133       +Capital One Retail Svcs,    P.O. Box 4144,    Carol Stream, IL 60122-4144
28475135        Cardiac Clinic of,    Sunil M. Kakk,    311 West Oak Street,    Kissimmee, FL 34741-4421
28475136        Central FL Pathology Associa,    P.O. Box 919465,    Orlando, FL 32891-0001
28475138       +Chase Mortgage,    Attn:  Bankruptcy,    P.O. Box 24696,    Columbus, OH 43224-0696
28475139        Children's Health Alliance,    P.O. Box 530313,    Atlanta, GA 30353-0313
28475144       +Disney Timeshares,    1390 Celebration Blvd,    Kissimmee, FL 34747-5166
28475146       +FL Emergency Phys,    Kang & Associates,    P.O. Box 740022,    Cincinnati, OH 45274-0022
28475148        Florida Hospital Medical Gr,    P.O. Box 14000,    Belfast, ME 04915-4033
28475150      ++GOLD KEY CREDIT INC,    PO BOX 15670,    BROOKSVILLE FL 34604-0122
                (address filed with court: Goldkey Credit,      Attn:  Bankruptcy,    P.o. Box 15670,
                 Brooksville, FL 34604)
28475149       +Genomind Inc.,    Dept Ch 17047,    Palatine, IL 60055-0001
28475151       +JP Morgan Chase Bank,    3415 Vision Drive,    Columbus, OH 43219-6009
28475153       +Michael E. Berkenfeld DDS,    1985 Newbridge Road,    Bellmore, NY 11710-2998
28475156       +NEFCU,    1000 Corporate Drive,    P.O. Box 9003,    Westbury, NY 11590-9003
28475154       +Nassau Educators FCU,    264 E Merrick Road,    Valley Stream, NY 11580-6034
28475155        National Disaster Loan,    Resolution Center,    200 N Santa Ana Blvd,    Suie 180,
                 Santa Ana, CA 92701
28475157        Nemour's Children's Health,    P.O. Box 530253,    Atlanta, GA 30353-0253
28475158       +Osceola County EMS,    2586 Partin Settlement Road,    Kissimmee, FL 34744-7227
28475159        Penn Credit,    P.O. Box 988,    Harrisburg, PA 17108-0988
28475160       +Rheumetology Associates,    3160 Southgate Commerce Blvd,    Suite 30,    Orlando, FL 32806-8557
28475162       +Shapiro, Dicaro & Barak,    Attn:  Justin Valle,    175 Mile Crossing Blvd,
                 Rochester, NY 14624-6249
28475164       +Statewide Credit Svcs,    734 Franklin Ave,    Ste 471,    Garden City, NY 11530-4525
28475165        System,    P.O. Box 64437,    Saint Paul, MN 55164-0437
28475166        U.S. Small Business Administ,    14925 Kingsport Road,    Fort Worth, TX 76155-2243
28475167       +Urology Health Solutions,    410 Celebration Place,    Suite 203,    Celebration, FL 34747-5434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: rjohnson@johnsonfirmpa.com Sep 04 2019 00:57:15      Rosalind B. Johnson,
                 The Johnson Firm, PA,    P.O. Box 1056,    Ocoee, FL  34761
tr             +EDI: QMEHENKEL.COM Sep 04 2019 04:18:00      Marie E. Henkel,    3560 South Magnolia Avenue,
                 Orlando, FL 32806-6214
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Sep 04 2019 00:59:33
                 United States Trustee - ORL7/13,    Office of the United States Trustee,
                 George C Young Federal Building,    400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
28475132       +EDI: CAPITALONE.COM Sep 04 2019 04:18:00      Capital One,    Attn:  Bankruptcy,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
28475134       +EDI: CAPITALONE.COM Sep 04 2019 04:18:00      Capital One/Justice,    Attn:  Bankruptcy,
                 P.O. Box 30258,    Salt Lake City, UT 84130-0258
28475137       +EDI: CHASE.COM Sep 04 2019 04:18:00      Chase Card,    Attn:  Correspondence Dept,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
28475141       +EDI: WFNNB.COM Sep 04 2019 04:18:00      Comenity Bank/Lane Bryant,    Attn:  Bankruptcy,
                 P.O. Box 182125,    Columbus, OH 43218-2125
28475140        EDI: WFNNB.COM Sep 04 2019 04:18:00      Comenity Bank/Lane Bryant,    P.O. Box 659728,
                 San Antonio, TX 78265-9728
28475143       +EDI: RCSFNBMARIN.COM Sep 04 2019 04:18:00      Credit ONe Bank NA,    Attn:  Bankruptcy,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
28475142        EDI: RCSFNBMARIN.COM Sep 04 2019 04:18:00      Credit One Bank,    P.O. Box 60500,
                 City of Industry, CA 91716-0500
28475145       +EDI: DCI.COM Sep 04 2019 04:18:00      Diversified Consultant,    P.O. Box 551268,
                 Jacksonville, FL 32255-1268
28475172        EDI: FLDEPREV.COM Sep 04 2019 04:18:00      Florida Department of Revenue,    Bankruptcy Unit,
                 Post Office Box 6668,    Tallahassee FL 32314-6668
28475173        EDI: IRS.COM Sep 04 2019 04:18:00      Internal Revenue Service,    Post Office Box 7346,
                 Philadelphia PA 19101-7346
28475152       +E-mail/Text: bncnotices@becket-lee.com Sep 04 2019 00:59:01      Kohls/Capone,    P.O. Box 3043,
                 Milwaukee, WI 53201-3043
28475171        E-mail/Text: taxbankruptcy@osceola.org Sep 04 2019 01:00:46      Osceola County Tax Collector,
                 Attn:  Patsy Heffner,    Post Office Box 422105,    Kissimmee FL 34742-2105
28475161       +E-mail/Text: bankruptcynotices@sba.gov Sep 04 2019 00:58:42      SBA,    1441 L Street NW,
                 Washington, DC 20416-0001
28475163        E-mail/Text: atlanta.bnc@ssa.gov Sep 04 2019 01:00:41      Social Security Disability,
                 1500 Woodlawn Drive,    Baltimore, MD 21241-1500
```

```
District/off: 113A-6              User: hjeff                  Page 2 of 2                   Date Rcvd: Sep 03, 2019
                                  Form ID: 309B                Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
28475168         +EDI: VERIZONCOMB.COM Sep 04 2019 04:18:00      Verizon,    Attn:  Bankruptcy,
                  500 Tecnolgy Drive Suite 500,    Saint Charles, MO 63304-2225
28475169          EDI: WFFC.COM Sep 04 2019 04:18:00      Wells Fargo Dealer Services,    P.O.   Box 17900,
                  DENVER,, CO 80217-0900
28475170         +EDI: WFFC.COM Sep 04 2019 04:18:00      Wells Fargo Dealer Svc,    Attn:  Bankruptcy,
                  P.O. Box 19657,    Irvine, CA 92623-9657
                                                                                                 TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28475147*         FL Emergency Phys,    Kang & Associates,    P.O. Box 740022,    Cincinnati, OH 45274-0022
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:
```
              Marie E.   Henkel    mehenkel@yahoo.com,    mhenkel@ecf.axosfs.com
              Rosalind B. Johnson    on behalf of Joint Debtor Tanya Lynn Danetti rjohnson@johnsonfirmpa.com,
               drabrams620@gmail.com;service@johnsonfirmpa.com;TheJohnsonFirmPA@jubileebk.net
              Rosalind B. Johnson    on behalf of Debtor Thomas  Danetti, Jr. rjohnson@johnsonfirmpa.com,
               drabrams620@gmail.com;service@johnsonfirmpa.com;TheJohnsonFirmPA@jubileebk.net
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Thomas Danetti Jr.** | Social Security number or ITIN **xxx–xx–4343** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tanya Lynn Danetti** | Social Security number or ITIN **xxx–xx–9808** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | Date case filed for chapter **7   8/31/19** |
| Case number:   **6:19–bk–05774–KSJ** | | |

Official Form 309B (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas Danetti Jr. | Tanya Lynn Danetti |
| 2. | **All other names used in the last 8 years** | aka Thomas J Danetti | aka Tanya Lynn Vespucci, aka Tanya L Danetti |
| 3. | **Address** | 1201 Celebration Ave<br>Unit #102<br>Celebration, FL 34747 | 1201 Celebration Ave<br>Unit #102<br>Celebration, FL 34747 |
| 4. | **Debtor's attorney**<br>Name and address | Rosalind B. Johnson<br>The Johnson Firm, PA<br>P.O. Box 1056<br>Ocoee, FL 34761 | Contact phone (407) 374–2896<br><br>Email: rjohnson@johnsonfirmpa.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Marie E. Henkel<br>3560 South Magnolia Avenue<br>Orlando, FL 32806 | Contact phone 407–438–6738 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**     page 1

Debtor **Thomas Danetti Jr.** and **Tanya Lynn Danetti**                                                                 Case number **6:19–bk–05774–KSJ**

| | | |
|---|---|---|
| **6. Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 407–237–8000<br><br>Date: September 3, 2019 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **October 1, 2019 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>\*\*\* **Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.** \*\*\* | Location:<br><br>**George C. Young Courthouse, Suite 1202–A, 400 West Washington Street, Orlando, FL 32801** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: December 2, 2019**<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4)<br><br>or (6). |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/12/19**<br><br>**Filing deadline: 180 days from the date of filing** |
| | **Deadlines for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. | |